NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-7018

### JOHN NICHOLAS,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in case no. 09-1299, Judge Alan G. Lance, Sr.

## ON MOTION

## O R D E R

The appellant moves for an "indefinite" extension of time to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. The appellant's opening brief is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

__DEC 3 0 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John Nicholas
Tara K. Hogan, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK